No. 4771.—PÉREZ, ET AL., apldos., *v.* CENTRAL PASTO VIEJO, INC., aplte.—C. D. Humacao. ▬▬▬▬▬▬ Julio 23, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

POR CUANTO, el demandado se allanó a que se dictara sentencia contra él sin pago de honorarios del abogado de la parte contraria;

POR CUANTO, con vista de la demanda y de la contestación la corte dictó sentencia condenatoria imponiendo al demandado el pago de las costas;

POR CUANTO, contra esa sentencia se ha interpuesto por el demandado este recurso de apelación en cuanto le condena a pagar honorarios de abogado;

POR CUANTO, se nos pide que desestimemos esa apelación por ser frívola;

POR CUANTO, según decisiones nuestras la condena en costas incluye el pago de honorarios de abogado cuando éstos no son excluídos expresamente de la condena de costas, como no se ha hecho en este caso;

POR CUANTO, dados esos antecedentes existe una cuestión entre las partes en esta apelación sobre si en vista del allanamiento condicionado del demandado se le puede imponer el pago de estos honorarios, por lo que no es frívola esta apelación,

POR TANTO, debemos desestimar y desestimamos la moción para que desestimemos esta apelación.